UNITED STATES DISTRICT COURT
DISTRICT OF MAINE


RICHY SOUCY, SR.,                              )
                                               )
         Petitioner,                           )
v.                                             )          Civil No. 09-651-B-W
                                               )
WARDEN, MAINE STATE PRISON,                    )
                                               )
         Respondent.                           )


ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE


The United States Magistrate Judge filed with the Court on May 25, 2010 her Recommended

Decision. The Plaintiff filed his objections to the Recommended Decision on July 8, 2010. I have

reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire

record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's

Recommended Decision; and I concur with the recommendations of the United States Magistrate

Judge for the reasons set forth in her Recommended Decision, and determine that no further

proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is
   hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Petitioner's 28 U.S.C. § 2254 Petition
   (Docket #1) be and herby is <u>DENIED</u>.

3. It is further ORDERED that no certificate of appealability should issue in the event
   the Petitioner files a notice of appeal because there is no substantial showing of the
   denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2) .

SO ORDERED.

/s/John A. Woodcock, Jr._____
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 12th day of July, 2010.